### 11511. PHILLIPS *v*. JACOBS.

BROYLES, C. J. There being some conflict in the evidence as to material issues, the court erred in directing a verdict for the plaintiff, a verdict in his favor not being demanded.

*Judgment reversed. Luke and Bloodworth, J., concur.*

DECIDED JULY 14, 1920.

Complaint; from city court of Carrollton — Judge Beall. April 1, 1920.

*Emmett Smith,* for plaintiff in error.

*I. N. Cheney,* contra.

---

### 11514. WOLFORK *v*. THE STATE.

LUKE, J. Under all the facts of the case, and especially the incriminatory admissions and conduct of the defendant after he was charged with the burglary, his conviction was fully authorized by the evidence.

In the light of the court's charge, it was not error, in the absence of a timely and appropriate written request, to fail to charge specifically on the law of circumstantial evidence. See, in this connection, *Shaneyfelt* v. *State,* 24 *Ga. App.* 555 (3) (101 S. E. 592).

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 14, 1920.

Indictment for burglary; from Floyd superior court — Judge Wright. April 2, 1920.

*W. B. Mebane,* for plaintiff in error.

*C. H. Porter, solicitor-general,* contra.